BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FA'AFOUINA AFATO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HILLARY CLINTON, SECRETARY OF DEPT. OF STATE, et. al.,<br><br>    Defendants. | No. CIV.S-10-0060 FCD EFB<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

    This is an immigration case in which plaintiffs have challenged the denial of an application for a visa waiver. The government requests additional time to prepare an answer to the complaint or other dispositive pleading, as doing so requires the coordination of three different government agencies. To this extent, the government requests an additional 14 days to file.

    The parties therefore stipulate that the time for filing the government's answer be extended to March 26, 2010, and that deadline for submission for filing the joint status report be similarly extended. Counsel for the plaintiffs agrees to this extension contingent upon the government's agreement to provide discovery in the form of the certified administrative record as maintained by U.S. Citizenship and Immigration Services, the administrative record as maintained by the U.S. Department of State, and any other pertinent documents that may comprise the administrative record. The government will provide this discovery by April 16, 2010, and will as well provide a privilege log by that date pursuant to Federal Rule of Civil Procedure 26(b)(5)(A)(ii).

Dated: March 12, 2010

```
1                                    BENJAMIN B. WAGNER
                                     United States Attorney
2

3
                              By:    /s/Audrey Hemesath
4                                    Audrey B. Hemesath
                                     Assistant U.S. Attorney
5                                    Attorneys for the Defendants

6
                              By:    /s/ Devin Theriot-Orr
7                                    Devin Theriot-Orr
                                     Attorney for the Plaintiffs
8
```

11                                     ORDER

12    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

13 ORDERED that the defendants' Answer is due on March 26, 2010.

14    IT IS SO ORDERED.

15 DATED:  March 15, 2010

17                           _____
                             FRANK C. DAMRELL, JR.
18                           UNITED STATES DISTRICT JUDGE