IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FA'AFOUINA AFATO, et al.,

    Plaintiffs,   No. CIV S-10-0060 FCD EFB

    vs.

HILLARY CLINTON, et al.,

    Defendants.

ORDER
_____/

Currently noticed for hearing before the undersigned on May 19, 2010 is plaintiffs' motion to compel defendants to produce administrative records. Dckt. No. 18. In light of defendants' motion to dismiss plaintiffs' complaint for lack of subject matter jurisdiction, which is currently noticed for hearing before the assigned district judge on May 21, 2010, the motion to compel will be denied without prejudice. If plaintiffs' motion to compel is related to the motion to dismiss, it may "be served and filed in the manner and on the date prescribed for the filing of opposition" to the motion to dismiss, as contemplated in Local Rule 230(e). If the motion to compel is unrelated to the motion to dismiss, plaintiff may re-notice the motion after the assigned district judge issues a ruling on defendants' motion to dismiss.

////

////

1

1    Accordingly, IT IS ORDERED that:

2    1. Plaintiffs' motion to compel, Dckt. No. 18, is denied without prejudice and the

3 hearing thereon is vacated; and

4    2. Plaintiff's motion to appear at the hearing telephonically, Dckt. No. 19, is denied as

5 moot.

6 DATED: May 4, 2010.

 EDMUND F. BRENNAN
 UNITED STATES MAGISTRATE JUDGE