Devin Theriot-Orr, Wash. St. Bar No. 33995, *Pro hac vice*
Robert H. Gibbs, Wash. St. Bar No. 5932, *Pro hac vice*
Kip Evan Steinberg, Cal. Bar No. 96084
1000 Second Avenue, Suite 1600
Seattle, WA  98104-1003
Ph.      (206) 682-1080
Fax      (206) 689-2270
devin@ghp-law.net

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| DR. FA'AFOUINA AFATO, et al, | No. 2:10-CV-0060-FCD-EFB |
| Plaintiffs, | STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE PENDING FURTHER AGENCY ACTION |
| v. | |
| HILLARY CLINTON, et al, | |
| Defendants. | |

A.      **Stipulation.**

The parties have conferred and stipulate and agree as follows. The Department of Homeland Security has reopened the Plaintiff's I-612 Waiver Application and will be reissuing a decision. The Plaintiffs will be given an opportunity to supplement their original application. If the Department of Homeland Security makes a favorable recommendation, DHS will forward the complete waiver application, including all supporting documents and supplemental filings, to the Department of State for review. The Department of State will review all the materials and make a new determination based on the entire record, and a balancing of the

STIPULATION AND ORDER TO
HOLD CASE IN ABEYANCE – 1
E.D. Cal. No. 10-60-FCD-EFB

1   hardship proof with the program and policy objectives. If the State Department needs

2   additional information in order to makes its recommendation, it will request additional

3   evidence from Dr. Afato.  This process may take several months.

4         Plaintiffs have served their first written discovery requests and Defendants have

5   responded. Plaintiffs believe that the discovery responses are inadequate and/or incomplete and

6   intend to file a motion to compel regarding these issues. However, the ongoing agency review

7   action may result in a favorable decision, making further discovery and litigation unnecessary.

8   In the event the new decision is adverse, the parties anticipate amendment of the pleadings.

9   The parties therefore believe that it is in the best interests of all parties for this matter be stayed

10  for 120 days to permit the agency to review the materials and make a new decision.

11  Respectfully submitted this 27th day of January, 2011.

12

13    _/s/  Devin T. Theriot-Orr_____          __/s/ Audrey Hemesath_____
      Robert Gibbs, WSBA #5932                Audrey B. Hemesath
      Devin T. Theriot-Orr, WSBA #33995       UNITED STATES ATTORNEY'S OFFICE
14    GIBBS HOUSTON PAUW                       501 I Street, Suite 10-100
      1000 Second Avenue, Suite 1600          Sacramento, CA  95814
15    Seattle, WA 98104-1003                   Audrey.hemesath@usdoj.gov
      (206) 682-1080                           (916)554-2729
16    devin@ghp-law.net
                                               __/s/  Melanie S. Keiper_____
17    Counsel for Plaintiffs                   Melanie S. Keiper
                                               Trial Attorney
18                                             U.S. DEPARTMENT OF JUSTICE
                                               Civil Division
19                                             Office of Immigration Litigation
                                               District Court Section
20                                             P.O. Box 868 Ben Franklin Station
                                               Washington, DC 20044
21                                             Melanie.keiper@usdoj.gov
                                               (202)532-4112
22
                                               Counsel for Defendants
23

STIPULATION AND ORDER TO                          **GIBBS HOUSTON PAUW**
HOLD CASE IN ABEYANCE – 2                     1000 Second Avenue, Suite 1600
E.D. Cal. No. 10-60-FCD-EFB                        Seattle, WA  98104
                                                   Ph. (206) 682-1080
                                                   Fax. (206) 689-2270

**B.     Order.**

Based on the stipulation and agreement of the parties, the current case schedule is STRICKEN and this case is STAYED for 120 days to permit the agency to adjudicate the reopened waiver application. The parties shall file a status report by Friday, May 27, 2011.

Dated this 27th day of January, 2011.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
HOLD CASE IN ABEYANCE – 3
E.D. Cal. No. 10-60-FCD-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270