1   BENJAMIN B. WAGNER
United States Attorney
2   AUDREY B. HEMESATH
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
8

9   FA'AFOUINA AFATO, et al.,          )      No. 2:10-cv-0060 FCD EFB
                                       )
10          Plaintiffs,                )      STIPULATION AND ORDER RE:
                                       )      EXTENSION OF ABEYANCE PERIOD
11   v.                                )
                                       )
12   Hillary Clinton, Secretary of Dept. Of State, )
    et al.                             )
13                                     )
          Defendants.                  )
14   _____  )

15

16          This is an immigration case in which plaintiffs have challenged the denial of an application

17   for a visa waiver.  On January 27, 2011, the Court granted the parties' stipulation and motion to

18   hold the case in abeyance pending further agency action.  Docket Entry 45.  Pursuant to that

19   order, the filing date for the Joint Status Report was to be May 27, 2011.  In accordance with the

20   order, the Department of Homeland Security made a recommendation and forwarded the

21   complete waiver packet and all supporting evidence to the State Department. The State

22   Department reviewed the complete packet including a 15-page supplemental filing from

23   February 2011. The parties now advise that the reopened I-612 Waiver Application remains

24   pending at the agency level.  For this reason, the parties request that the abeyance period granted

    in the Court's January 27, 2011 order be extended to July 27, 2011.

25          The parties will file the Joint Status Report on that date.

26

27   / / /

    / / /
28

                                      -1-

Respectfully submitted,

Dated: May 27, 2011

BENJAMIN B. WAGNER
United States Attorney


By:      /s/Audrey Hemesath
         Audrey B. Hemesath
         Assistant U.S. Attorney
         Attorneys for the Defendants


By:      /s/ Devin Theriot-Orr
         Devin Theriot-Orr
         Attorney for the Plaintiffs


## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the time for filing a Joint Status Report in this case is extended to July 27, 2011.

IT IS SO ORDERED.

DATED:  May 27, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE