IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FA'AFOUINA AFATO, et al.,

    Plaintiffs,

No. CIV S-10-060 MCE EFB

vs.

HILLARY CLINTON, et al.,

    Defendants.

ORDER PURSUANT TO 8 U.S.C. § 1202(f) REGARDING STATE DEPARTMENT RECORDS

_____/

    Currently noticed for hearing before the undersigned on October 5, 2011 is plaintiffs' motion for an order pursuant to 8 U.S.C. § 1202(f) certifying the need for the Department of State administrative record in this action. Dckt. No. 54. After plaintiffs' motion was filed, defendants lodged with the court a copy of plaintiff Fa'Afouina Afato's Alien file (A-file) as maintained by the Department of Homeland Security, United States Citizenship and Immigration Services. Dckt. No. 55. Defendants also filed a statement of non-opposition to plaintiffs' certification request, but asked for additional time to respond to plaintiffs' records request. Dckt. No. 56.

    Without deciding whether the State Department's records relating to § 1182(e) waivers are subject to § 1202(f), IT IS HEREBY ORDERED that:

    1. Plaintiffs' motion, Dckt. No. 54, is granted, along with defendants' requested extension, Dckt. No. 56;

1

2. The October 5, 2011 hearing is vacated;

3. The court certifies, pursuant to 8 U.S.C. § 1202(f)(1), that the information contained in the records of the Department of State is needed by the court in the interest of the ends of justice in this matter; and

4. The State Department is directed to file the complete administrative record within 45 days of the date of this order and serve a copy of the certified record on plaintiffs. The administrative record shall include "all documents and materials directly or indirectly considered by agency decision-makers and includes evidence contrary to the agency's position." *Thompson v. United States Dep't of Labor*, 885 F.2d 551, 555-56 (9th Cir. 1989).

DATED: October 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE