IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FA'AFOUINA AFATO, et al.,

    Plaintiffs,　　　　　　　　　　　No. CIV S-10-060 MCE EFB

    vs.

HILLARY CLINTON, et al.,

    Defendants.　　　　　　　　　　　<u>ORDER</u>

                                   /

       On May 16, 2012, the court heard plaintiffs' motion to compel defendant to respond to plaintiffs' discovery requests. Dckt. No. 63. Attorney Devin Theriot-Orr appeared at the hearing telephonically on behalf of plaintiffs and attorney Audrey Hemesath appeared on behalf of defendants. As stated on the record and for the reasons stated on the record, the court grants in part plaintiffs' motion to compel discovery. Defendants shall serve plaintiffs with further responses to plaintiffs' discovery requests and any privilege log by June 6, 2012. Thereafter, if there are any disputes regarding plaintiffs' specific discovery requests and/or defendants' responses thereto, the parties shall meet and confer, as required by Federal Rule of Civil Procedure 37 and Local Rule 251, in an attempt to resolve and/or narrow those disputes. If outstanding disputes remain after the parties have sufficiently met and conferred, the parties shall file a supplemental joint statement addressing those disputes on or before June 19, 2012. A

further hearing on the motion to compel will be held on June 27, 2012 in order to discuss any such disputes. If a supplemental joint statement is not filed on or before June 20, 2012, the June 27, 2012 hearing will be vacated.

SO ORDERED.

DATED: May 30, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2