UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| DR. FA'AFOUINA AFATO, et al,<br><br>           Plaintiffs,<br><br>v.<br><br>HILLARY CLINTON, et al,<br><br>           Defendants. | E.D. Cal. No. 10-60-MCE-EFB<br><br>STIPULATION AND MOTION TO EXTEND RESPONSE TIME AND RENOTE HEARING |

**A.   Stipulation.**

The parties have reviewed the Court's May 30, 2012 order regarding discovery (Dkt. #67) and jointly request that the Court reset the hearing on the current discovery dispute from June 27, 2012 to July 18, 2012. The parties also request that the defendants be given an additional two weeks, to June 20, 2012, to produce their supplemental responses and privilege log.

STIPULATION AND MOTION TO EXTEND
RESPONSE TIME AND RENOTE HEARING – 1
E.D. Cal. No. 10-60-MCE-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270

1  Respectfully submitted this 5th day of June, 2012.

2

3    */s/  Devin T. Theriot-Orr*             */s/ Audrey Hemesath*
Devin T. Theriot-Orr, WSBA #33995    Audrey B. Hemesath
GIBBS HOUSTON PAUW                       U.S. ATTORNEY'S OFFICE
1000 Second Avenue, Suite 1600        501 I Street, Suite 10-100
Seattle, WA 98104-1003                      Sacramento, CA  95814
(206) 682-1080                                 Audrey.hemesath@usdoj.gov
devin@ghp-law.net                         (916)554-2729

Counsel for Plaintiffs                        */s/  Melanie S. Keiper*
                                                 Melanie S. Keiper
                                                 Trial Attorney
                                                 U.S. DEPARTMENT OF JUSTICE
                                                 Civil Division
                                                 Office of Immigration Litigation
                                                 District Court Section
                                                 P.O. Box 868 Ben Franklin Station
                                                 Washington, DC 20044
                                                 Melanie.keiper@usdoj.gov
                                                 (202)532-4112

                                                 Counsel for Defendants

**B.**    **Order.**

Based on the stipulation and agreement of the parties, the May 30, 2012 order, Dckt. No. 67, is modified as follows:

1. Defendants shall provide supplemental responses to plaintiffs' written discovery, including a privilege log, no later than June 20, 2012.

2. If, after the parties have sufficiently met and conferred, there are any outstanding disputes regarding plaintiffs' specific discovery requests and/or defendants' responses thereto, the parties shall file a

STIPULATION AND MOTION TO EXTEND
RESPONSE TIME AND RENOTE HEARING – 2
E.D. Cal. No. 10-60-MCE-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270

1    supplemental joint statement addressing those disputes on or before
2    Monday, July 9, 2012.

3    3. A hearing regarding the discovery dispute(s) will be held on Tuesday,
4    July 17, 2012, at 10:00 a.m. in Courtroom No. 24.

5    4. If a supplemental joint statement is not filed on or before July 9, 2012,
6    the July 17, 2012 hearing will be vacated.

Dated this 6th day of June, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND MOTION TO EXTEND
RESPONSE TIME AND RENOTE HEARING – 3
E.D. Cal. No. 10-60-MCE-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270