UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. FA'AFOUINA AFATO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> HILLARY CLINTON, et al, <br><br> Defendants. | No. 2:10-cv-00060-MCE-EFB <br><br> STIPULATION AND MOTION TO RESET DEADLINES |

**A.   Stipulation.**

The parties have conferred and stipulate and agree as follows. The parties appeared for a hearing before Magistrate Judge Brennan regarding a discovery dispute on May 16, 2012. On May 30, 2012, The court has granted the motion in part and ordered the defendants to provide supplemental responses and a privilege log. *See* Dkt. # 67. The defendants have also produced several documents that were inadvertently excluded from the administrative record. Therefore, the defendants will be certifying a new administrative record, and both parties will then have to review the new record, in addition to any discovery, in order to prepare for dispositive motions in this matter.

STIPULATION AND MOTION TO
RESET DEADLINES – 1
E.D. Cal. No. 10-60-MCE-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270

1  The parties recognize that this matter has been on the Court's docket for
2  some time. However, the parties believe that an additional extension of the
3  dispositive motion and discovery motion deadlines is necessary due to the recent
4  developments.

5  Therefore, the parties respectfully request that the dispositive motion filing
6  deadline be reset to January 25, 2013, with all dispositive motions noted for
7  consideration no later than March 29, 2013. The parties similarly request that the
8  discovery motion deadline be reset to October 5, 2012, with all such motions heard
9  no later than November 9, 2012.

10  Respectfully submitted this 5th day of June, 2012.

12  */s/ Devin T. Theriot-Orr*
    Devin T. Theriot-Orr, WSBA #33995
    GIBBS HOUSTON PAUW
13  1000 Second Avenue, Suite 1600
    Seattle, WA 98104-1003
14  (206) 682-1080
    devin@ghp-law.net

    Counsel for Plaintiffs

    */s/ Audrey Hemesath*
    Audrey B. Hemesath
    U.S. ATTORNEY'S OFFICE
    501 I Street, Suite 10-100
    Sacramento, CA 95814
    Audrey.hemesath@usdoj.gov
    (916)554-2729

    */s/ Melanie S. Keiper*
    Melanie S. Keiper
    Trial Attorney
    U.S. DEPARTMENT OF JUSTICE
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868 Ben Franklin Station
    Washington, DC 20044
    Melanie.keiper@usdoj.gov
    (202)532-4112

    Counsel for Defendants

22  ///

23  STIPULATION AND MOTION TO
    RESET DEADLINES – 2
    E.D. Cal. No. 10-60-MCE-EFB

    GIBBS HOUSTON PAUW
    1000 Second Avenue, Suite 1600
    Seattle, WA 98104
    Ph. (206) 682-1080
    Fax. (206) 689-2270

**B.     Order.**

Based on the stipulation and agreement of the parties, the Court finds that good cause has been established to modify the pretrial order (ECF No. 62) in this matter. The dispositive motion filing deadline is RESET to January 25, 2013, with all dispositive motions noted for consideration no later than March 29, 2013. The discovery motion deadline is RESET to October 5, 2012, with all such motions heard no later than November 9, 2012.

IT IS SO ORDERED.

Dated:  June 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND MOTION TO
RESET DEADLINES – 3
E.D. Cal. No. 10-60-MCE-EFB

**GIBBS HOUSTON PAUW**
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270