1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8  DR. FA'AFOUINA AFATO, et al,

9              Plaintiffs,

10      v.

11  HILLARY CLINTON, et al,

12              Defendants.

No. 2:10-cv-00060-MCE-EFB

STIPULATION AND MOTION TO
RESET DEADLINES

13  **A.     Stipulation.**

14      The parties have conferred and stipulate and agree as follows. The parties

15  appeared for a hearing before Magistrate Judge Brennan regarding a discovery

16  dispute on May 16, 2012. On May 30, 2012, The court has granted the motion in

17  part and ordered the defendants to provide supplemental responses and a

18  privilege log. *See* Dkt. # 67. The defendants have also produced several documents

19  that were inadvertently excluded from the administrative record. Therefore, the

20  defendants will be certifying a new administrative record, and both parties will

21  then have to review the new record, in addition to any discovery, in order to

22  prepare for dispositive motions in this matter.

23

STIPULATION AND MOTION TO
RESET DEADLINES – 1
E.D. Cal. No. 10-60-MCE-EFB

**GIBBS HOUSTON PAUW**
1000 Second Avenue, Suite 1600
Seattle, WA 98104
Ph. (206) 682-1080
Fax. (206) 689-2270

1    The parties recognize that this matter has been on the Court's docket for

2  some time. However, the parties believe that an additional extension of the

3  dispositive motion and discovery motion deadlines is necessary due to the recent

4  developments.

5    Therefore, the parties respectfully request that the dispositive motion filing

6  deadline be reset to January 25, 2013, with all dispositive motions noted for

7  consideration no later than March 29, 2013. The parties similarly request that the

8  discovery motion deadline be reset to October 5, 2012, with all such motions heard

9  no later than November 9, 2012.

10  Respectfully submitted this 5th day of June, 2012.

11

12   /s/  Devin T. Theriot-Orr                         /s/ Audrey Hemesath
    Devin T. Theriot-Orr, WSBA #33995       Audrey B. Hemesath
    GIBBS HOUSTON PAUW                       U.S. ATTORNEY'S OFFICE
13  1000 Second Avenue, Suite 1600           501 I Street, Suite 10-100
    Seattle, WA 98104-1003                   Sacramento, CA  95814
14  (206) 682-1080                           Audrey.hemesath@usdoj.gov
    devin@ghp-law.net                        (916)554-2729
15
    Counsel for Plaintiffs                    /s/  Melanie S. Keiper
16                                           Melanie S. Keiper
                                             Trial Attorney
17                                           U.S. DEPARTMENT OF JUSTICE
                                             Civil Division
18                                           Office of Immigration Litigation
                                             District Court Section
19                                           P.O. Box 868 Ben Franklin Station
                                             Washington, DC 20044
20                                           Melanie.keiper@usdoj.gov
                                             (202)532-4112
21
                                             Counsel for Defendants
22  ///

23  STIPULATION AND MOTION TO                          **GIBBS HOUSTON PAUW**
    RESET DEADLINES – 2                       1000 Second Avenue, Suite 1600
    E.D. Cal. No. 10-60-MCE-EFB                       Seattle, WA  98104
                                                    Ph. (206) 682-1080
                                                   Fax. (206) 689-2270

1    **B.    Order.**

2         Based on the stipulation and agreement of the parties, the Court finds that

3    good cause has been established to modify the pretrial order (ECF No. 62) in this

4    matter. The dispositive motion filing deadline is RESET to January 25, 2013, with

5    all dispositive motions noted for consideration no later than March 29, 2013. The

6    discovery motion deadline is RESET to October 5, 2012, with all such motions

7    heard no later than November 9, 2012.

8         IT IS SO ORDERED.

9

10   Dated:  June 8, 2012

11   _____

12   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23   STIPULATION AND MOTION TO
     RESET DEADLINES – 3
     E.D. Cal. No. 10-60-MCE-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270