1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| DR. FA'AFOUINA AFATO, et al, | No. 2:10-cv-00060-MCE-EFB |
| Plaintiffs, | STIPULATION OF SETTLEMENT AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT COSTS OR FEES |
| v. | |
| HILLARY CLINTON, et al, | |
| Defendants. | |

17  **A.    Stipulation.**

18      The parties have conferred and agree as follows. The Department of State

19  and the Department of Homeland Security agree to reopen and approve the I-612

20  waiver pursuant to 8 U.S.C. 1182(e) within 30 days of the date of this order. In

21  exchange, Plaintiffs agree to voluntarily dismiss all claims in this lawsuit, with

22  prejudice. The Plaintiffs agree that they will not seek to recover their attorneys'

23  fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d). This

24  Court will retain jurisdiction only to enforce the terms of this settlement

25  agreement.

26  ///

STIPULATION AND MOTION
FOR VOLUNTARY DISMISSAL – 1
E.D. Cal. No. 10-60-MCE-EFB

**GIBBS HOUSTON PAUW**
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270

1    Respectfully submitted this 15th day of June, 2012.

2

3    */s/  Devin T. Theriot-Orr*                        */s/ Audrey Hemesath*
     Devin T. Theriot-Orr, WSBA #33995        Audrey B. Hemesath
     GIBBS HOUSTON PAUW                        U.S. ATTORNEY'S OFFICE
4    1000 Second Avenue, Suite 1600            501 I Street, Suite 10-100
     Seattle, WA 98104-1003                    Sacramento, CA  95814
5    (206) 682-1080                            Audrey.hemesath@usdoj.gov
     devin@ghp-law.net                         (916)554-2729
6
7    Counsel for Plaintiffs                    Counsel for Defendants

8    **B.      Order.**

9           Based on the stipulation of the parties, the Court ORDERS the Department

10   of Homeland Security and the Department of State to reopen and approve the I-

11   612 waiver pursuant to 8 U.S.C. 1182(e). This matter is DISMISSED, with

12   prejudice and without an award of costs.  The clerk is directed to close the case.

13          IT IS SO ORDERED.

14   Dated:  June 19, 2012

15

16   _____
     MORRISON C. ENGLAND, JR
17   UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

STIPULATION AND MOTION                              **GIBBS HOUSTON PAUW**
FOR VOLUNTARY DISMISSAL – 2                   1000 Second Avenue, Suite 1600
E.D. Cal. No. 10-60-MCE-EFB                           Seattle, WA  98104
                                                      Ph. (206) 682-1080
                                                     Fax. (206) 689-2270