1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. FA'AFOUINA AFATO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> HILLARY CLINTON, et al, <br><br> Defendants. | No. 2:10-cv-00060-MCE-EFB <br><br> STIPULATION OF SETTLEMENT AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT COSTS OR FEES |

**A.    Stipulation.**

The parties have conferred and agree as follows. The Department of State and the Department of Homeland Security agree to reopen and approve the I-612 waiver pursuant to 8 U.S.C. 1182(e) within 30 days of the date of this order. In exchange, Plaintiffs agree to voluntarily dismiss all claims in this lawsuit, with prejudice. The Plaintiffs agree that they will not seek to recover their attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d). This Court will retain jurisdiction only to enforce the terms of this settlement agreement.

///

STIPULATION AND MOTION
FOR VOLUNTARY DISMISSAL – 1
E.D. Cal. No. 10-60-MCE-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270

1  Respectfully submitted this 15th day of June, 2012.

 /s/  Devin T. Theriot-Orr                     /s/ Audrey Hemesath
Devin T. Theriot-Orr, WSBA #33995      Audrey B. Hemesath
GIBBS HOUSTON PAUW                         U.S. ATTORNEY'S OFFICE
1000 Second Avenue, Suite 1600             501 I Street, Suite 10-100
Seattle, WA 98104-1003                         Sacramento, CA  95814
(206) 682-1080                                       Audrey.hemesath@usdoj.gov
devin@ghp-law.net                                (916)554-2729

Counsel for Plaintiffs                              Counsel for Defendants

**B.	Order.**

Based on the stipulation of the parties, the Court ORDERS the Department of Homeland Security and the Department of State to reopen and approve the I-612 waiver pursuant to 8 U.S.C. 1182(e). This matter is DISMISSED, with prejudice and without an award of costs.  The clerk is directed to close the case.

IT IS SO ORDERED.

Dated:  June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
STIPULATION AND MOTION
FOR VOLUNTARY DISMISSAL – 2
E.D. Cal. No. 10-60-MCE-EFB

GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270